LOUIE KREUTZ, Appellant, v. ELMER E. HARRIS & COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

CARRIER ENGINEERING CORPORATION, Plaintiff, v. INTERNATIONAL MANUFACTURING COMPANY, LTD., Defendant.— Appeal dismissed, without costs upon stipulation filed.

SALVATORE MIGLIORI, Plaintiff, v. GEORGE E. HARTELL and THE NEW YORK CENTRAL RAILROAD COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

CHARLES MIGLIORI, an Infant, by SALVATORE MIGLIORI, His Guardian ad Litem, Plaintiff, v. GEORGE E. HARTELL and THE NEW YORK CENTRAL RAILROAD COMPANY, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

PENNSYLVANIA WOOD AND IRON COMPANY, Respondent, v. NEW YORK CAR WHEEL COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FRANK L. PAGE, Respondent, v. NELSON ADAMS and Others, Appellants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

J. M. & L. A. OSBORN COMPANY, Respondent, v. JOHN C. KENNEDY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

AMERICAN FIELD STORAGE CORPORATION, Appellant, v. JOSEPH C. TRAUTMAN, Respondent.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers on appeal and pay to respondent's attorneys ten dollars within thirty days.

J. PETER WIRTH, Respondent, v. HARRY E. RISING, Appellant.— Motion to open default denied, with ten dollars costs.

EGBERT H. DUDLEY and Another, Plaintiffs, v. EVELINA B. PERKINS and Others, as Executors, etc., of GEORGE W. PERKINS, Deceased, Defendants.— Motion to dismiss appeal granted unless appellants shall file and serve printed briefs and printed papers and pay to respondents' attorneys ten dollars within fifty days.

WALTER LOCKWOOD, Appellant, v. C. B. KEITH FAMILY THEATRE COMPANY, INC., Respondent.— Motion granted and appeal dismissed, with costs.

CLARA LOCKWOOD, Appellant, v. C. B. KEITH FAMILY THEATRE COMPANY, INC., Respondent.— Motion granted and appeal dismissed, with costs.

JOSEPH R. GRAHAM, Respondent, v. CHARLES M. WOOD, Appellant.— Motion granted and appeal dismissed, with costs.

ARTHUR M. CONGER and Others, Respondents, v. JOHN HALL, Executor, etc., of VALENTINE DUNHAM, Deceased, and Others, Appellants.— Motion granted and appeal dismissed.

ROY C. KEENE, Appellant, v. SARAH B. KEENE, Respondent.— Motion granted only to the extent of staying the payment of one-half of the counsel fee awarded to defendant herein, until the hearing and determination of said appeal, and in all other respects the motion for a stay is denied.